# EXHIBIT 1

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

Travis Williams,
    Plaintiff,
v.
Lm General Insurance Co.,,
    Defendant.

No. CJ-2016-2936
(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)

Filed: 06/09/2016

Judge: Stuart, Roger H.

## PARTIES

Lm General Insurance Co.,, Defendant
Williams, Travis, Plaintiff

## ATTORNEYS

**Attorney**
ABEL, DACIA (Bar #30968)
ABEL LAW FIRM
900 N.E. 63RD STREET
OKC, OK 73105

**Represented Parties**
Williams, Travis

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**    Issue: BAD FAITH INSURER LIABILITY (INSURE)
    Filed By: Williams, Travis
    Filed Date: 06/09/2016

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-09-2016 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 06-09-2016 | INSURE | BAD FAITH INSURER LIABILITY | | | |
| 06-09-2016 | DMFE | DISPUTE MEDIATION FEE | | | $ 2.00 |
| 06-09-2016 | PFE1 | PETITION | | | $ 163.00 |
| 06-09-2016 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 06-09-2016 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 06-09-2016 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 06-09-2016 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 06-09-2016 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 06-09-2016 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 06-09-2016 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 06-09-2016 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 06-09-2016 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 06-09-2016 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 06-09-2016 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 5.00 |
| 06-09-2016 | P | PETITION<br>Document Available (#1019735945) 📄TIFF  📄PDF | | | |
| 06-09-2016 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE STUART, ROGER H. TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-09-2016 | ACCOUNT | RECEIPT # 2016-3890621 ON 06/09/2016. PAYOR:EDWIN D ABEL INC TOTAL AMOUNT PAID: $229.66.<br>LINE ITEMS:<br>CJ-2016-2936: $168.00 ON AC01 CLERK FEES.<br>CJ-2016-2936: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2016-2936: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2016-2936: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2016-2936: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2016-2936: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2016-2936: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2016-2936: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2016-2936: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2016-2936: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 06-16-2016 | SMS | SUMMONS RETURNED, SERVED: OKLA INS COMMISSION GREEN CARD STAMPED 6-13-16<br>Document Available (#1032963245) 📄TIFF 📄PDF | | | |
| 07-05-2016 | A | DEFENDANT LM GENERAL INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S PETITION<br>Document Available (#1031677759) 📄TIFF 📄PDF | | | |
| 07-05-2016 | A | DEFENDANT LM GENERAL INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S PETITION<br>Document Available (#1033815245) 📄TIFF 📄PDF | | | |