# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRAVIS WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-786-M |
| | ) |
| LM GENERAL INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Travis Williams ("Plaintiff"), by and through his counsel of record, Dacia Abel and Luke Abel of the Abel Law Firm, and Defendant LM General Insurance Company, by and through its counsel of record, William W. O'Connor and Margo E. Shipley of Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

s/Margo E. Shipley
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
**NEWTON O'CONNOR TURNER & KETCHUM, P.C.**
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119-5423
(918) 587-0101 telephone
(918) 587-0102 facsimile
boconnor@newtonoconnor.com
mshipley@newtonoconnor.com
**ATTORNEYS FOR DEFENDANT,
LM GENERAL INSURANCE COMPANY**

-AND-

s/Luke Abel*
Luke Abel, OBA # 21094
Dacia Abel, OBA # 30968
**ABEL LAW FIRM**
900 N.E. 63rd Street
Oklahoma City, Oklahoma 73105
(405) 239-7046 telephone
(405) 418-0833 facsimile
label@abellawfirm.com
dabel@abellawfirm.com
**ATTORNEYS FOR PLAINTIFF, TRAVIS WILLIAMS**

*Signed by filing attorney with permission of Plaintiff's attorney.*